UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON CARIDAD,

                Petitioner,

     v.

MICHAEL CAPRA, SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY,

                Respondent.

No. 22-cv-8542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     A petition has been filed pursuant to 28 U.S.C. § 2254 in this action. It is hereby ordered that the Clerk of Court serve a copy of this Order and the underlying petition, by certified mail, upon the Attorney General of the State of New York and the District Attorney of New York County. It is Further Ordered that, within sixty (60) days of the date of this Order, Respondent shall serve and file (1) an answer to the petition and (2) the transcripts, briefs and opinions identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may serve and file reply papers, if any, within thirty (30) days from the date he is served with Respondent's answer.

SO ORDERED.

Dated:    October 21, 2022
            New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge