# CENTER FOR APPELLATE LITIGATION

120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212) 577-2523 FAX 577-2535

*EXECUTIVE DIRECTOR*
*JENAY NURSE GUILFORD*

December 23, 2024

BENJAMIN WIENER
*DIRECTOR OF STAFF &*
*SUPERVISING ATTORNEY*
bwiener@cfal.org
extension 538

<u>VIA ECF</u>
Hon. Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Ramon Caridad v. Michael Capra*
            22-CV-08542 (JHR) (SLC)

Your Honor:

     I write to correct my letter motion of December 19, 2024 [ECF #25]. The parties request that Respondent be given until March 3, 2025 to respond to Petitioner's objection. I sincerely apologize for any confusion.

     Thank you very much for your consideration.

Respectfully submitted,
/s/ Benjamin Wiener
Benjamin Wiener
Supervising Attorney

---

Application GRANTED. Petitioner Ramon Caridad's deadline to file objections to Judge Sarah L. Cave's Report and Recommendation is extended to **January 30, 2025**. Respondent Michael Capra's deadline to respond to any objection is extended to **March 3, 2025**.

The Clerk of Court is directed to terminate ECF Nos. 25 and 26.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 24, 2024.