**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 RAMON CARIDAD,

                                   Petitioner,

          -against-                                                          22 **CIVIL** 8542 (GBD)(SLC)

                                                                             **JUDGMENT**

MICHAEL CAPRA, Superintendent,
Sing Sing Correctional Facility,

                                   Respondent.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated June 16, 2026, the Report's

recommendation that the Petition be DENIED is adopted. The petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254 is hereby DENIED. Because Petitioner has not made a

substantial showing of the denial of a constitutional right, a certificate of appealability will not

issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); Slackv.

McDaniel, 529 U.S. 473,484 (2000); accordingly, the case is closed.

**Dated:** New York, New York

          June 17, 2026

                                                            **TAMMI M. HELLWIG**
                                                     _____
                                                              **Clerk of Court**

                                        **BY:**              K. mango
                                                     _____
                                                              **Deputy Clerk**